| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Faye C. Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1004<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Thomas H. Casey, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>770 STRADELLA, LLC, a Delaware limited liability company,<br><br>Debtor(s). | CASE NO.: 8:16-bk-15156-CB<br>ADVERSARY NO.: 8:18-ap-01076-CB<br>CHAPTER: 7 |
|---|---|
| THOMAS H. CASEY, Chapter 7 Trustee of the Estate of 779 Stradella, LLC,<br><br>Plaintiff(s).<br>vs.<br>PAUL J. MANAFORT, an individual,<br><br>Defendant(s). | UNILATERAL<br>**JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: August 28, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: 5D<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

| | | | |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

The proceeding has been settled by agreement of the parties. The parties are finalizing the documentation and request a brief continuance of the status conference for the purpose of completing the documentation.

B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?
<u>Plaintiff</u>                                    <u>Defendant</u>

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
<u>Plaintiff</u>                                    <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?
<u>Plaintiff</u>                                    <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?
<u>Plaintiff</u>                                    <u>Defendant</u>

C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
<u>Plaintiff</u>                                    <u>Defendant</u>

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
<u>Plaintiff</u>                                    <u>Defendant</u>

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 2                **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>　　　　　　　　　　　　　　　　　　　　　<u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>　　　　　　　　　　　　　　　　　　　　　<u>Defendant</u>
Pretrial conference ☐ is ☐ is not requested　　　　　Pretrial conference ☐ is ☐ is not requested
Reasons:　　　　　　　　　　　　　　　　　　　　　　Reasons:

<u>Plaintiff</u>　　　　　　　　　　　　　　　　　　　　　<u>Defendant</u>
Pretrial conference should be set <u>after</u>:　　　　　　Pretrial conference should be set <u>after</u>:

(*date*) _____　　　　　　　　　　　　　　　　(*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?　☐ Yes　☐ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>　　　　　　　　　　　　　　　　　　　　　<u>Defendant</u>
☐ Yes　☐ No　　　　　　　　　　　　　　　　　　　☐ Yes　☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　Page 3　　　　　　　　**F 7016-1.STATUS.REPORT**

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|<u>Plaintiff</u>|<u>Defendant</u>|
|---|---|
|☒ I do consent|☐ I do consent|
|☐ I do not consent|☐ I do not consent|
|to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.|to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.|

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: August 14, 2018

WEILAND GOLDEN GOODRICH LLP
Printed name of law firm

/s/ Faye C. Rasch
Signature

Faye C. Rasch
Printed name

Attorney for: Thomas H. Casey, Chapter 7 Trustee

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 4     **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 14, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 14, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine Bauer, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2018 | Kelly Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov