**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye C. Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Thomas H. Casey,
Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. Case No. 8:16-bk-15156-CB |
| 779 STRADELLA, LLC, a Delaware limited liability company, | Chapter 7 |
| Debtor. | |
| | Adv. No. 8:18-ap-01076-CB |
| THOMAS H. CASEY, Chapter 7 Trustee of the Estate 779 Stradella, LLC | |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING** |
| v. | |
| PAUL J. MANAFORT, an individual, and JEFFREY YOHAI, an individual, | |
| Defendants. | |

Plaintiff Thomas H. Casey, Chapter 7 Trustee of the bankruptcy estate of 779

Stradella, LLC and defendant Jeffrey Yohai hereby state as follows:

1.    All parties who have appeared may stipulate to the dismissal of a party

without a court order. Fed. R. Civ. Proc. 41(a)(1)(A)(ii); Fed. R. Bankr. Proc. 7041.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

2.     Pursuant to Rule 41(a), the undersigned parties hereby stipulate to the dismissal of the above-captioned adversary proceeding, with prejudice.

3.     The dismissal of the above-captioned adversary proceeding shall be without prejudice and further that if Paul J. Manafort fails to comply with the settlement agreement reached with the Plaintiff, the above-captioned adversary proceeding may be reinstated without prejudice for statute of limitations or laches.

Dated:   February 4, 2020          WEILAND GOLDEN GOODRICH LLP

By:   */s/ Jeffrey I. Golden*
      JEFFREY I. GOLDEN
      Attorneys for Chapter 7 Trustee,
      Thomas H. Casey

Dated:   January  , 2020         THE HINDS LAW GROUP APC

By:   _____
      JAMES ANDREW HINDS, JR.
      Attorneys for Jeffrey Yohai

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1     2.     Pursuant to Rule 41(a), the undersigned parties hereby stipulate to the

2 dismissal of the above-captioned adversary proceeding, with prejudice.

3     3.     The dismissal of the above-captioned adversary proceeding shall be without

4 prejudice and further that if Paul J. Manafort fails to comply with the settlement agreement

5 reached with the Plaintiff, the above-captioned adversary proceeding may be reinstated

6 without prejudice for statute of limitations or laches.

7

8

9 Dated:   January  , 2020            WEILAND GOLDEN GOODRICH LLP

10

11                                By:  _____

12                                     JEFFREY I. GOLDEN
                                    Attorneys for Chapter 7 Trustee,

13                                     Thomas H. Casey

14

15

16

17 Dated:   January 22, 2020          THE HINDS LAW GROUP, APC

18

19                                By:  _____

20                                     JAMES ANDREW HINDS, JR.
                                    Attorneys for Jeffrey Yohai

21

22

23

24

25

26

27

28

Weiland Golden Good rich LLP
850 Town Center Drive, Suite 550
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Stipulation of Voluntary Dismissal of Adversary Proceeding</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>February 4, 2020</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>February 4, 2020</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>February 4, 2020</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/4/2020 | Victoria Rosales | *victoria* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

**<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com
Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
David B Shemano    dshemano@shemanolaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**